**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7524**

———————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JOHN ANTONIO EVANS,

                              Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Claude M. Hilton, District
Judge.  (CR-89-183-A, CA-95-504-AM)

———————————

Submitted:  February 6, 1996          Decided:  June 11, 1996

———————————

Before WILKINSON, Chief Judge, and WIDENER and WILKINS, Circuit
Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

John Antonio Evans, Appellant Pro Se.  Bernard James Apperson, III,
OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Evans</u>, Nos. CR-89-183-A; CA-95-504-AM (E.D. Va. Aug. 21, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2